FILED
2017 MAR 31 AM 10:42
[U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES]
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  PLAINTIFF(S) v.  Claudia Norman   DEFENDANT(S). | CASE NUMBER  CR-17-32-BLG-SPW  17MJ00695  **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Indictment Assistant U.S. Attorney Zeno Baucus
in the District of Montana Billings Division on March 17, 2017
at 12:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about December 2015
in violation of Title 21 U.S.C., Section(s) 841(a)(1)
to wit: Conspiracy to Possess with intent to Distribute Methamphetamine

A warrant for defendant's arrest was issued by: Anna Contreraz, Dep. Clerk

Bond of $_____ was ☒ set / ☐ recommended.
Type of Bond: "Bail Fixed at None"

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/31/17, by
CINDY L. ORELLANA , Deputy Clerk.

_B. Platts_       Benjamin Platts
Signature of Agent    Print Name of Agent

FBI          Special Agent
Agency        Title

CR-52 (05/98)         AFFIDAVIT RE OUT-OF-DISTRICT WARRANT