UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED 2017 MAR 31 AM 10:42 CLERK US DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES BY:___

| UNITED STATES OF AMERICA PLAINTIFF V. Claudia Norman DEFENDANT | CASE NUMBER: CR-17-32-BLG-SPW |
|---|---|
| | REPORT COMMENCING CRIMINAL ACTION 17MJ00695 |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/30/2017   1:45   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   Conspiracy to Possess with Intent to Distribute Methamphetamine

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ____

7. Year of Birth: 1960

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: Officer Smith

10. Remarks (if any): ____

11. Name: Benjamin Platts   (please print)

12. Office Phone Number: 213-264-5717   13. Agency: FBI

14. Signature: /s/ B. Platts   15. Date: 03/31/2017

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION