*United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

April 3, 2017



FILED
CLERK, U.S. DISTRICT COURT

04/03/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

United States District Court
Los Angeles, CA 90012

        Re:    **Release Order Authorization**
                **Defendant: Norman, Claudia**
                **Central District of California**
                **Dockets #: 2:17MJ-00695**

To Whom It May Concern:

On March 31, 2017, the defendant's bond was set by the Honorable Jacqueline Chooljian. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in a home confinement program.

Please be advised that the defendant has also been found acceptable for placement in the Location Monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Sam Hernandez*

Samuel Hernandez
Senior U.S. Pretrial Services Officer
(213) 894-3690

| [X] HQ & Supervision Unit | Investigation Unit | Santa Ana Branch | Riverside Branch |
|---|---|---|---|
| U.S. Courthouse | Edward R. Roybal Federal Building | Ronald Reagan Federal Building | George E. Brown, Jr. Courthouse |
| 312 North Spring Street, Room 754 | 255 East Temple Street, Room 1178 | 411 West Fourth Street, Room 4070 | 3470 Twelfth Street, Room 161 |
| Los Angeles, CA 90012-4708 | Los Angeles, CA 90012-3326 | Santa Ana, CA 92701-4596 | Riverside, CA 92501 |
| 213-894-4726 / FAX 213-894-0231 | 213-894-5568 / FAX 213-894-8892 | 714-338-4550 / FAX 714-338-4570 | 951-328-4490 / FAX 951-328-4489 |